IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS McQUEEN, | ) |
| Petitioner, | ) |
| vs. | )   Case No.   2:09-cv-1505-TMP |
| J.C. GILES, Warden; ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

O R D E R

On December 16, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

DONE and ORDERED this the 7th day of January, 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE